

# Supreme Court of Maryland

Robert C. Murphy Courts of Appeal Building
361 Rowe Boulevard
Annapolis, Maryland 21401

Gregory Hilton,
Clerk

(410) 260-1500
(800) 926-2583

July 31, 2025

## NOTICE

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, give notice, pursuant to Maryland Rule 19-761(b), that, by the Supreme Court of Maryland's July 31, 2025, Order, **JAMES E. MCCOLLUM, JR.** has been disbarred by consent, effective immediately, and his name has been stricken from the register of attorneys in this Court as of July 31, 2025.

James E. McCollum, Jr.'s attorney number is:   **8512010408.**



/S/ Gregory Hilton
Clerk